JOAN E. COCHRAN, ESQ.  [California Bar No. 128251]
LISA KRALIK HANSEN, ESQ. [California Bar No. 149455]
**COCHRAN, DAVIS & ASSOCIATES, P.C.**
36 Malaga Cove Plaza, Suite 206
Palos Verdes Estates, CA 90274
(310) 373-0900 - telephone
(310) 373-0244 – facsimile
joan@cochranlaw1.com
lisa@cochranlaw1.com
*[Admitted Pro Hac Vice]*

EILEEN MULLIGAN MARKS, ESQ. [Nevada Bar No. 5708]
**THE MARKS LAW GROUP, LLP**
1120 Town Center Drive, Suite 200
Las Vegas, NV 89144
(702)341-7870 – telephone
(702)341-8049 - facsimile
efile@markslg.com

**Attorneys for Plaintiff**
**CERTAIN UNDERWRITERS AT LLOYD'S, LONDON**
**SUBSCRIBING TO CERTIFICATE NO. V588122**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA – LAS VEGAS

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NO. V588122,<br><br>              Plaintiff,<br> v.<br><br>ELIZABETH PAMI, an individual; NANCY JEAN MARTINEZ, an individual;<br><br>              Defendants. | Case No.:  2:20-CV-02168-RFB-BNW<br><br>**STIPULATION FOR EXTENSION OF TIME FOR ELIZABETH PAMI TO FILE AN ANSWER TO COMPLAINT (First Request);**<br><br>**ORDER** |

1

The parties hereto agree and stipulate to an extension of time for Defendant Elizabeth Pami to file an Answer to the Complaint, up to and including <u>April 9, 2021</u>. The reason for the agreed-upon extension of time is Elizabeth Pami's medical condition, hospitalizations over the past few months, and her need for additional time to hire an attorney. There has been no prior extension granted to Defendant Elizabeth Pami or sought by the parties. This is the first stipulated extension of time between the parties hereto.

IT IS SO STIPULATED.

Dated:  March 24, 2021               **THE MARKS LAW GROUP, LLP**

By_____

EILEEN MULLIGAN MARKS, ESQ.
and
**COCHRAN, DAVIS & ASSOCIATES, P.C.**

JOAN E. COCHRAN, ESQ.
LISA KRALIK HANSEN, ESQ.

Attorneys for Plaintiff
**CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NO. V588122**

Dated:  March 24, 2021

By_____

ELIZABETH PAMI

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT JUDGE
_____

DATED:  3/26/2021

2
STIPULATION FOR EXTENSION OF TIME FOR ELIZABETH PAMI TO FILE AN ANSWER TO COMPLAINT; ORDER

The parties hereto agree and stipulate to an extension of time for Defendant Elizabeth Pami to file an Answer to the Complaint, up to and including April 9, 2021. The reason for the agreed-upon extension of time is Elizabeth Pami's medical condition, hospitalizations over the past few months, and her need for additional time to hire an attorney. There has been no prior extension granted to Defendant Elizabeth Pami or sought by the parties. This is the first stipulated extension of time between the parties hereto.

IT IS SO STIPULATED.

Dated: 3/24/2021

THE MARKS LAW GROUP, LLP

By _____
EILEEN MULLIGAN MARKS, ESQ.
and
COCHRAN, DAVIS & ASSOCIATES, P.C.

JOAN E. COCHRAN, ESQ.
LISA KRALIK HANSEN, ESQ.

Attorneys for Plaintiff
CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NO. V588122

Dated: 3/24/2021

By _____
ELIZABETH PAMI

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT JUDGE

_____

DATED: _____