JOAN E. COCHRAN, ESQ. [California Bar No. 128251]
LISA KRALIK HANSEN, ESQ. [California Bar No. 149455]
**COCHRAN, DAVIS & ASSOCIATES, P.C.**
36 Malaga Cove Plaza, Suite 206
Palos Verdes Estates, CA 90274
(310) 373-0900 - telephone
(310) 373-0244 – facsimile
joan@cochranlaw1.com
lisa@cochranlaw1.com
*[Admitted Pro Hac Vice]*

EILEEN MULLIGAN MARKS, ESQ. [Nevada Bar No. 5708]
**THE MARKS LAW GROUP, LLP**
1120 Town Center Drive, Suite 200
Las Vegas, NV 89144
(702)341-7870 – telephone
(702)341-8049 - facsimile
efile@markslg.com

**Attorneys for Plaintiff**
**CERTAIN UNDERWRITERS AT LLOYD'S, LONDON**
**SUBSCRIBING TO CERTIFICATE NO. V588122**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA – LAS VEGAS

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NO. V588122,<br><br>Plaintiff,<br>v.<br><br>ELIZABETH PAMI, an individual; NANCY JEAN MARTINEZ, an individual;<br><br>Defendants. | Case No.: 2:20-CV-02168-RFB-BNW<br><br>**STIPULATION FOR EXTENSION OF TIME FOR ELIZABETH PAMI TO FILE AN ANSWER TO COMPLAINT (Second Request);**<br><br>**ORDER** |

1

STIPULATION FOR EXTENSION OF TIME FOR ELIZABETH PAMI TO FILE AN ANSWER TO COMPLAINT; ORDER

The parties hereto agree and stipulate to an extension of time for Defendant Elizabeth Pami to file an Answer to the Complaint, up to and including April 29, 2021. The reason for the agreed-upon extension of time is Elizabeth Pami's medical condition, hospitalizations over the past few months, and her need for additional time to hire an attorney. There has been one prior extension granted to Defendant Elizabeth Pami or sought by the parties. This is the second stipulated extension of time between the parties hereto.

IT IS SO STIPULATED.

Dated: April 9, 2021       THE MARKS LAW GROUP, LLP

By *Lisa Kralik Hansen*

EILEEN MULLIGAN MARKS, ESQ.
and
**COCHRAN, DAVIS & ASSOCIATES, P.C.**

JOAN E. COCHRAN, ESQ.
LISA KRALIK HANSEN, ESQ.

Attorneys for Plaintiff
**CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NO. V588122**

By *Elizabeth Pami*

ELIZABETH PAMI

ORDER

**IT IS SO ORDERED**

**DATED:** 3:32 pm, April 20, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**