JOAN E. COCHRAN, ESQ.  [California Bar No. 128251]
LISA KRALIK HANSEN, ESQ. [California Bar No. 149455]
**COCHRAN, DAVIS & ASSOCIATES, P.C.**
36 Malaga Cove Plaza, Suite 206
Palos Verdes Estates, CA 90274
(310) 373-0900 - telephone
(310) 373-0244 – facsimile
joan@cochranlaw1.com
lisa@cochranlaw1.com
*[Admitted Pro Hac Vice]*

EILEEN MULLIGAN MARKS, ESQ. [Nevada Bar No. 5708]
**THE MARKS LAW GROUP, LLP**
1120 Town Center Drive, Suite 200
Las Vegas, NV 89144
(702)341-7870 – telephone
(702)341-8049 - facsimile
efile@markslg.com

**Attorneys for Plaintiff
CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NO. V588122**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA – LAS VEGAS

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NO. V588122,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH PAMI, an individual; NANCY JEAN MARTINEZ, an individual;<br><br>Defendants. | Case No.:  2:20-CV-02168-RFB-BNW<br><br>**STIPULATION FOR EXTENSION OF TIME TO SUBMIT THE PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER;**<br><br>**ORDER** |

The parties hereto who have entered an appearance agree and stipulate to an extension of time to submit the Proposed Discovery Plan and Scheduling Order, up to and including <u>May 5, 2021</u>.  The reason for the agreed-upon new deadline to submit the Proposed Discovery Plan and Scheduling Order is because Elizabeth Pami has not yet appeared and her response to the complaint is due April 29, 2021, pursuant to Stipulation and Order.  There has been no prior stipulated request by the parties hereto regarding the deadline to file the Proposed Discovery Plan and Scheduling Order.

IT IS SO STIPULATED.

Dated:  April 21, 2021						**THE MARKS LAW GROUP, LLP**

By *Lisa Kralik Hansen*
EILEEN MULLIGAN MARKS, ESQ.
and
**COCHRAN, DAVIS & ASSOCIATES, P.C.**

JOAN E. COCHRAN, ESQ.
LISA KRALIK HANSEN, ESQ.
Attorneys for Plaintiff
**CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NO. V588122**

Dated:  April 21, 2021						**THE 702 FIRM**

By *Tracee Duthie*

TRACEE DUTHIE, ESQ.
Attorneys for Defendant
**NANCY JEAN MARTINEZ**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT JUDGE

_____

DATED:  __April 23, 2021____

2
STIPULATION FOR EXTENSION OF TIME TO SUBMIT THE PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER; ORDER