JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:   702/948-8771
Facsimile:    702/948-8773
Email: jwhitmire@santoronevada.com
*Attorneys for Defendant Elizabeth Pami*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUSCRIBING TO CERTIFICATE NO. V588122,<br><br>             Plaintiff,<br><br>     v.<br><br>ELIZABETH PAMI, an individual; NANCY JEAN MARTINEZ, an individual;<br><br>             Defendants. | Case No.:  2:20-cv-02168-RFB-BNW<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Plaintiff and Defendants, by and through their undersigned counsel, state the following:

1.     Plaintiff's Motion for Summary Judgment was filed on July 09, 2021.  (ECF No. 29.

2.     The current deadline for Defendants to file their response is July 30, 2021.

3.     Defendants' counsel are seeking an approximate thirty (30) day extension to file their Responses.

4.     The parties agree to extend the date for Defendants to file their Responses from July 30, 2021 to **August 31, 2021**.

5.     Good cause exists this extension of time.  The parties are actively attempting to resolve both the underlying state court litigation and the coverage litigation that is pending before this Court.  Mediation has occurred with the Hon. David Barker, and additional efforts are being made to resolve any remaining issues that are being negotiated.  The parties are

cautiously optimistic that the litigation will be resolved in its entirety. This extension is being sought in good faith, for good cause and not for the purposes of undue delay.

**IT IS SO AGREED AND STIPULATED:**

| **COCHRAN, DAVIS & ASSOCIATES, P.C.** | **SANTORO WHITMIRE** |
|---|---|
| */s/   Lisa Hansen* | */s/ James E. Whitmire* |
| JOAN E COCHRAN, ESQ. | JAMES E. WHITMIRE, ESQ. |
| LISA KRALIK HANSEN, ESQ. | Nevada State Bar No. 6533 |
| 36 Malaga Cove Plaza, Suite 206 | 10100 W. Charleston Blvd., Suite 250 |
| Palos Verdes Estates, CA 90274 | Las Vegas, NV 89135 |
| (310) 373-0900 - telephone | (702) 948-8771 (telephone) |
| (310) 373-0244 – facsimile | (702) 948-8773 (facsimile) |
| joan@cochranlaw1.com | jwhitmire@santoronevada.com |
| lisa@cochranlaw1.com | *Attorney for Defendant Elizabeth Pami* |
| *Attorneys, admitted pro hac vice, for Plaintiff* | |

**THE 702 FIRM**

*/s/  Tracee Duthie*
TRACEE DUTHIE, ESQ.
400 S. 7th Street, Suite 400
Las Vegas, NV 89101
(702) 776-3333
(702) 505-9787
tracee@the702firm.com
*Attorneys for Defendant Nancy Jean Martinez*

**IT IS SO ORDERED:**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 29th day of July, 2021.

- 2 -