JOAN E. COCHRAN, ESQ.  [California Bar No. 128251]
LISA KRALIK HANSEN, ESQ. [California Bar No. 149455]
**COCHRAN, DAVIS & ASSOCIATES, P.C.**
36 Malaga Cove Plaza, Suite 206
Palos Verdes Estates, CA 90274
(310) 373-0900 - telephone
(310) 373-0244 – facsimile
joan@cochranlaw1.com
lisa@cochranlaw1.com
*[Admitted Pro Hac Vice]*

EILEEN MULLIGAN MARKS, ESQ. [Nevada Bar No. 5708]
**THE MARKS LAW GROUP, LLP**
1120 Town Center Drive, Suite 200
Las Vegas, NV 89144
(702)341-7870 – telephone
(702)341-8049 - facsimile
efile@markslg.com

**Attorneys for Plaintiff**
**CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NO. V588122**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA – LAS VEGAS

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NO. V588122,<br><br>Plaintiff,<br>v.<br><br>ELIZABETH PAMI, an individual; NANCY JEAN MARTINEZ, an individual;<br><br>Defendants. | Case No.: 2:20-CV-02168-RFB-BNW<br><br>**STIPULATION FOR ADDITIONAL TIME TO COMPLETE THE SETTLEMENTS BEFORE CASE IS DISMISSED** |

The parties hereto, by and between their respective counsel of record, agree and stipulate that additional time is needed to complete the settlement in the underlying action and in this case to secure signatures on the settlement agreement in the underlying action and in this case. The settlement agreements are finalized but not yet fully executed, so this case cannot be dismissed at this time.

The parties request another 30 days to complete the settlement documents to afford additional time to obtain the remaining signatures on the settlement agreements.

Therefore, the parties request the court continue the deadline to dismiss this case or further report on the status of settlement for another 30 days.

IT IS SO STIPULATED.

Dated:  December 14, 2021            **COCHRAN, DAVIS & ASSOCIATES, P.C.**

                                     *Lisa Kralik Hansen*
                                     By _____

                                     JOAN E. COCHRAN, ESQ.
                                     LISA KRALIK HANSEN, ESQ.

                                     and

                                     **THE MARKS LAW GROUP, LLP**
                                       EILEEN MULLIGAN MARKS, ESQ.

                                     Attorneys for Plaintiff **CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NO. V588122**

Dated: December 14, 2021                **SANTORO WHITMIRE**

By *James Whitmire*
_____

JAMES E. WHITMIRE, ESQ.
Attorneys for Defendant **ELIZABETH PAMI**

Dated: December 14, 2021                **THE 702 FIRM**

By *Tracee Duthie*
_____

TRACEE DUTHIE, ESQ.

                                            and

Adam S. Kutner, Esq.
**ADAM S. KUTNER & ASSOCIATES**
Attorneys for Defendant **NANCY JEAN MARTINEZ**

DATED:                                      IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 28th day of December, 2021.

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2021, I electronically served STIPULATION FOR ADDITIONAL TIME TO COMPLETE THE SETTLEMENTS BEFORE CASE IS DISMISSED on the following parties:

James E. Whitmire, Esq.
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone: 702/948-8771
Facsimile: 702/948-8773
Email: jwhitmire@santoronevada.com
*Attorneys for Defendant Elizabeth Pami*

Tracee Duthie, Esq.
THE702FIRM
INJURY ATTORNEYS
400 S. 7th Street, Suite 400
Las Vegas, Nevada 89101
Telephone: (702) 776-3333
Facsimile: (702) 505-9787
Service: Service@the702fim.com
E-Mail: tracee@the702firm.com
*Attorneys for Defendant Nancy Jean Martinez*

Adam S. Kutner, Esq.
ADAM S. KUTNER & ASSOCIATES
1137 South Rancho Drive, Suite 150A
Las Vegas, Nevada 89102
Telephone: (702) 382-000
Facsimile: (702) 598-0001
E-Mail: askadamkutner@yahoo.com
*Co-counsel for Defendant Nancy Jean Martinez*

                                              /s/ Lisa Kralik Hansen, Esq.
                                              Lisa Kralik Hansen