JOAN E. COCHRAN, ESQ.  [California Bar No. 128251]
LISA KRALIK HANSEN, ESQ. [California Bar No. 149455]
**COCHRAN, DAVIS & ASSOCIATES, P.C.**
36 Malaga Cove Plaza, Suite 206
Palos Verdes Estates, CA 90274
(310) 373-0900 - telephone
(310) 373-0244 – facsimile
joan@cochranlaw1.com
lisa@cochranlaw1.com
*[Admitted Pro Hac Vice]*

EILEEN MULLIGAN MARKS, ESQ. [Nevada Bar No. 5708]
**THE MARKS LAW GROUP, LLP**
1120 Town Center Drive, Suite 200
Las Vegas, NV 89144
(702)341-7870 – telephone
(702)341-8049 - facsimile
efile@markslg.com

**Attorneys for Plaintiff**
**CERTAIN UNDERWRITERS AT LLOYD'S, LONDON**
**SUBSCRIBING TO CERTIFICATE NO. V588122**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA – LAS VEGAS

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NO. V588122,<br><br>            Plaintiff,<br><br> v.<br><br>ELIZABETH PAMI, an individual; NANCY JEAN MARTINEZ, an individual;<br><br>           Defendants. | Case No.:  2:20-CV-02168-RFB-BNW<br><br>**STIPULATION OF DISMISSAL OF CASE** |

The parties hereto, by and between their respective counsel of record, agree and stipulate that this action shall be and is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).  Each party is to bear her or its own costs.  The parties request the court now close this case.

IT IS SO STIPULATED.

Dated:  February 11, 2022

**COCHRAN, DAVIS & ASSOCIATES, P.C.**

*Lisa Kralik Hansen*

By _____

JOAN E. COCHRAN, ESQ.
LISA KRALIK HANSEN, ESQ.

and

**THE MARKS LAW GROUP, LLP**
EILEEN MULLIGAN MARKS, ESQ.

Attorneys for Plaintiff **CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NO. V588122**

Dated:  February 11, 2022          **SANTORO WHITMIRE**

                                   *James Whitmire*
                          By  _____

                          JAMES E. WHITMIRE, ESQ.
                          Attorneys for Defendant **ELIZABETH PAMI**

Dated:  February 11, 2022          **THE 702 FIRM**

                                   *Zach Livingston*
                          By  _____

                          ZACH LIVINGSTON, ESQ.

                                        and
                          Adam S. Kutner, Esq.
                          **ADAM S. KUTNER & ASSOCIATES**
                          Attorneys for Defendant **NANCY JEAN MARTINEZ**

DATED:  February 11, 2022          **IT IS SO ORDERED**

                          _____
                          RICHARD F. BOULWARE, II
                          United States District Judge

STIPULATION OF DISMISSAL OF CASE

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 11, 2022, I electronically served STIPULATION FOR DISMISAL OF CASE On the following parties:

James E. Whitmire, Esq.
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone: 702/948-8771
Facsimile: 702/948-8773
Email: jwhitmire@santoronevada.com
*Attorneys for Defendant Elizabeth Pami*

Zach Livingston, Esq.
THE702FIRM
INJURY ATTORNEYS
400 S. 7th Street, Suite 400
Las Vegas, Nevada 89101
Telephone: (702) 776-3333
Facsimile: (702) 505-9787
Service: Service@the702fim.com
E-Mail: zach@the702firm.com
*Attorneys for Defendant Nancy Jean Martinez*

Adam S. Kutner, Esq.
ADAM S. KUTNER & ASSOCIATES
1137 South Rancho Drive, Suite 150A
Las Vegas, Nevada 89102
Telephone: (702) 382-000
Facsimile: (702) 598-0001
E-Mail: askadamkutner@yahoo.com
*Co-counsel for Defendant Nancy Jean Martinez*

                    /s/ Lisa Kralik Hansen, Esq.
                    Lisa Kralik Hansen

STIPULATION OF DISMISSAL OF CASE